FRANK WATSON, Plaintiff in Error, *v.* THE PEOPLE OF THE
STATE OF NEW YORK, Defendants in Error.

(Argued December 15, 1876; decided December 22, 1876.)

*Peter Mitchell* for the plaintiff in error.

*Thomas S. Moore* for the defendants in error.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.